UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:22-cr-00111-2

———

**United States of America**

v.

**Jenisha Katuwal**

———

## ORDER

This criminal action was referred to U.S. Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 423. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the information. *Id*. at 2. Defendant waived her right to object to the magistrate judge's findings. *Id*.

The court hereby accepts the findings of fact and recommendation on guilty plea of the U.S. Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Jenisha Katuwal guilty of count one of the information, charging a violation of Title 18 U.S.C. §§ 1960 and 2 – operating an unlicensed money transmitting business and aiding and abetting.

*So ordered by the court on June 25, 2026.*

J. CAMPBELL BARKER
United States District Judge